**STATE of Missouri, Respondent,**

**v.**

**Brandon Marquies CHASE, Appellant.**

**No. WD 76700.**

Missouri Court of Appeals,
Western District.

Aug. 26, 2014.

Chris Koster, Attorney General, Adam S. Rowley, Assistant Attorney General, Jefferson City, MO, for Respondent.

Ellen H. Flottman, District Defender, Columbia, MO, for Appellant.

Before Division One: MARK D. PFEIFFER, Presiding Judge, and LISA WHITE HARDWICK and KAREN KING MITCHELL, Judges.

#### Order

PER CURIAM:

Brandon Chase was convicted, following a jury trial, of second-degree (felony) murder, section 565.021.1(2), first-degree robbery, section 569.020.1, and armed criminal action, section 571.015.1. He was sentenced to thirteen years' imprisonment. Chase raises two points on appeal. First, he contends that the evidence was insufficient to prove beyond a reasonable doubt that he acted with Tracy Session and Khiry Summers in committing the robbery. Second, he contends that the trial court plainly erred in sentencing him to a consecutive sentence of three years for armed criminal action.

We affirm. Rule 30.25(b).